# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

HONORABLE THOMAS M. LYNCH                    Hearing Date: 11-14-18

Bankruptcy Case No. 17-82300   Adversary No. _____

Title of Cause: In re DePorta

Brief Statement    Oral
of Motion: _____ Motion to Extend

Name and Addresses
of moving counsel: _____

_____

_____

Representing: _____

## ORDER

The United State's trustee's oral motion to extend
time to hear the pending motion to dismiss
and motion to convert under 11 USC 1112(b)(3)
is heard & granted @. A final hearing on the
motions shall be heard by 12-28-18.

DATE: 11/14/18

ENTER:

_Thomas M. Lynch_

JUDGE THOMAS M. LYNCH

Prepared and Submitted by:

T. Rodriguez
US Trustee